■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY TODD BOOTHE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Seneca County Court, DePasquale, J.—burglary, second degree; escape, third degree.) Present—Dillon, P. J., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS V. WILLIAMS, Appellant.—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: Defendant's sentence is modified by vacating the fine imposed for his conviction of aggravated unlicensed operation of a motor vehicle in the first degree *(see, People v Grader,* 142 AD2d 997). (Appeal from judgment of Onondaga County Court, Bergin, J.—felony driving while intoxicated, and another charge.) Present—Dillon, P. J., Boomer, Balio, Lawton and Davis, JJ.

■ WORLD AUTO PARTS, INC., Appellant, v COVENANT MUTUAL INSURANCE COMPANY et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Special Term, Fallon, J. (Appeal from order of Supreme Court, Erie County, Fallon, J.—summary judgment.) Present—Dillon, P. J., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. HENCHEN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—robbery, first degree.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.